SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
MARIA GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>T-MOBILE WEST LLC D/B/A METRO BY T-MOBILE; OSCAR ESPITIA, AS TRUSTEE OF THE ESPITIA FAMILY TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:24-cv-00479 GW (ASx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT T-MOBILE WEST LLC D/B/A METRO BY T-MOBILE** |

**PLEASE TAKE NOTICE** that Plaintiff MARIA GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant T-MOBILE WEST LLC D/B/A METRO BY T-MOBILE ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: February 14, 2024          SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff